IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Dupree Productions LLC,

Plaintiff(s),

v.

RDE Inc et al,

Defendant(s).

Case No. 1:21-cv-01548
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Defendants' counter-petition to vacate or modify the arbitration award entered on February 3, 2021 is denied. Plaintiff's petition is granted and the arbitration award is confirmed. Each party shall bear its own costs for this action.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date: 11/30/2021                               Thomas G. Bruton, Clerk of Court

                                               E. Wall, Deputy Clerk