# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 2, 2022

*By the Court*:

|  | DUPREE PRODUCTIONS LLC, |
|---|---|
|  | Plaintiff - Appellee |
| No. 21-3396 | v. |
|  | RDE, INC., formerly known as UBID HOLDINGS, INC. and KETAN THAKKER, |
|  | Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-01548 | |
| Northern District of Illinois, Eastern Division | |
| District Judge Thomas M. Durkin | |

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on June 2, 2022, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**   (form ID: **137**)